**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| URSULA DAVIS, LEROY JAMES, JR. | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-1419** |
| | : | |
| AMERICAN FREEDOM ASSURANCE, | : | |
| *Defendant.* | : | |

## <u>ORDER</u>

**AND NOW**, this **13th** day of **April 2026**, upon review of the Motion by Plaintiffs to Remand Pursuant to 28 U.S.C. § 1447(c) ("Plaintiffs' Motion") (ECF No. 15), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion (ECF No. 15) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2. The above-captioned matter is **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the Office of Judicial Records of Philadelphia County.

4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　**/s/ Chad F. Kenney**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**CHAD F. KENNEY, JUDGE**